

13·mc·0080

# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    No. 45 ID

Administrative Suspension
Pursuant to Rule 219 of the
Pennsylvania Rules of
Disciplinary Enforcement

FILED
MAR 26 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this 19th day of September, 2012, it is hereby Ordered that the attorneys

named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E.

Said administrative suspension shall take effect 30 days after the date of this order pursuant to

Rule 217(d), Pa.R.D.E.

John A. Vaskov
Deputy Prothonotary

A true copy Patricia Nicola
As of September 19, 2012
Attest: Patricia Nicola
Chief Clerk
Supreme Court of Pennsylvania

Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension

Year: 12-13                              Active                              Oct 22, 2012

Out of State County

| ID# | Attorney | |
|------|-----------|---|
| 87508 | Fitzsimmons Tracy Diane | |
| 205449 | Fox Karen Anne | |
| 89842 | Fratianne Anthony T. | |
| 202708 | Frederick Laura Ann | |
| 93185 | Freedman Steven B. | |
| 17071 | Fuoco Philip S. | |
| 60752 | Gaughan Vincent Joseph | |
| 54042 | Gehring Holly Sue | |
| 92441 | Gilmartin Ralph Brian | |
| 70693 | Gizis Dana Marie | |
| 310158 | Gnudi Kalocsay Robyn Maria | |
| 70620 | Gosin Barry Elliott | |
| 308257 | Gray Elizabeth Alexandra | |
| 38370 | Grealy Francis P. Jr. | |
| 184563 | Green Richard Edward | |
| 203599 | Grosvenor Nicole Patricia | |
| 77607 | Grubb Amy Michelle | |
| 309956 | Gurjal Tushar Abhay | |
| 71242 | Harrington Tim J. Jr. | |
| 206012 | Hayes Ryan Daniel | |
| 76384 | Hlesciak Jeffrey P. | |
| 81239 | Holloway Charlisa M. | |
| 93565 | Hyland Stephen James | |
| 83769 | Ibe Peter C. | |
| 204208 | Jackson Jammie Nicole | |
| 201692 | Jackson-Woods Catherine | |
| 88888 | Jamison Wendy Yvette | |
| 312539 | Jones Kermit | |
| 79823 | Kane James Patrick Jr. | |
| 62418 | Kavjian Judy Lynn | |
| 204121 | Keltos Robert Joseph | |
| 200528 | Kelty Jon David | |
| 203343 | Klayman Joshua Ashley | - admitted 12·19·2006 |
| 84734 | Kloecker Michelle M. | |
| 85407 | Kluchnick Kimberley Stuart | |
| 202304 | Kreitzberg Amy M | |
| 40675 | Lamason Fielding Ewing Jr. | |
| 210306 | Lambert Helen Brandy | |
| 61360 | Lao Ramon | |
| 28274 | Leather Robert N. | |
| 307473 | Lehman Megan Elizabeth | |
| 40113 | Lenahan Sheila Siobhan | |
| 209242 | Levy Kathryn Jane | |
| 89130 | Lights Philip A. | |
| 209749 | Looby Margaret Mary | |