IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : MISCELLANEOUS |
| | : |
| JOSHUA ASHLEY KLAYMAN | : NO. 13-mc-0080 |

## ORDER

**AND NOW**, this 3rd day of May, 2013, respondent having been ordered on March 27, 2013, to show cause, within thirty (30) days, why he should not be **suspended** from the practice of law in this court, effective thirty (30) days from September 19, 2012, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **suspended** from the practice of law in this court, effective thirty (30) days from September 19, 2012, and until further Order of this court.

BY THE COURT:

/s/ Petrese B. Tucker
**PETRESE B. TUCKER**
**Chief Judge**